Robin Wooten
Reg. #22094-480
FMC Carswell Camp
West Trinity
PO Box 27137
Fort Worth, TX
76127


U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 17 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

March 8, 2022          **4-22CV-202-O**

United States District Court
Northern Division of Texas
Eldon B. Mahon
501 W. 10th Street, RM #310
Fort Worth, TX
76102

RE:   Administrative Tort Claim Number TRT-SCR-2020-06436
      **EXTENSION TO FILE REQUEST**

To The Honorable Court:

I write to you at this time, a Pro-Se litigant, seeking an Extension to File a Motion for Torturous Intentional Infliction of Emotional Distress due to my medical claim with the Bureau of Prisons for personal injury.

On September 29, 2021, Regional Counsel – Jason A. Sickler notified me through the United States Postal Service, Certified Mail, that Administrative Tort Claim Number TRT-SCR-2020-06436 was denied; such correspondence states the following:

"You are advised that if you are dissatisfied with our determination in this matter, you are afforded six months from the date of the mailing of this communication within which to bring suit in the appropriate United States District Court."

For the past four years, I have resided at the FMC Carswell minimum security camp facility located in Fort Worth, Texas. For the past two years, I have endured several non movement "lock downs" which prohibited my access to the Law Library and the Courts. As of today, the FMC Carswell facility continues to operate under modified operations due to our **"Level 3 Transmission Rate."** Therefore, I am seeking a **NINETY** day

extension to file my personal injury motion with this Honorable Court under 28 U.S.C. §2672 et seq., due to my lay legal status, incarceration, limited funds, and notable visual constraints which is the basis of my legal claim due to the Bureau's malpractice of needed medical care.

Thank you in advance of what I am sure will be a considered study of my legal request.

Respectfully submitted,

Robin Wooten

Name Wooten Robin
Reg. No. 22094-480 West Trinity
Carswell FMC
P.O. Box 27137
Fort Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
15 MAR 2022 PM 6



RECEIVED

MAR 17 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Northern Division of Texas
Eldon B. Mahon
501 W. 10th. street, Rm. 310
Ft. Worth, Tx. 76102

76102-975999