PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 1 8 2022

CLERK, U.S. DISTRICT COURT
By_____ bb
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

*Wooten Robin 22094-480*

Plaintiff's Name and ID Number

*Federal medical Center, Carwell*

Place of Confinement

CASE NO._4:22-cv-00202-O_____
(Clerk will assign the number)

v.

*U. S. A.*

Defendant's Name and Address

_____

Defendant's Name and Address

_____

Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: _Federal Medical Center, Carswell_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?      ___YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.    Name and address of plaintiff: _Wooten, Robin #22094-480_
_FMC Carswell, Camp West Trinity, P.O. Box 27137_
_Fort Worth, Tx. 76127_

B.    Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _United States Goverment, Bureau of Prison, Federal Medical Center, Carswell_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Failed to provide medical Attention within time needed_

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

10-3-19 Diagnosis of large section of retina detachment of the left eye and small amount detachment to the right eye. Referred to Opthalmology for surgery but B.O.P. failed to transport me to next 3 time sensitive and crucial appointments which resulted in non reversible damage resulting in permanent and complete loss of vision to the left eye and right eye is left with much distraction. I arrived in B.O.P. custody with 20/25 vision. Six months later I am left with less than half of my vision

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Order restitution and or compensation paid to me for pain and suffering and complete and permanently 60% vision loss.

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Howell, marichalar, Uballe, Ashworth, Wooten

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

484774 and 2 unknowns

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?      ____YES  √ NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?         _____ YES  √ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: _3-30-22_         _Wooten, Robin 22094-480_
            DATE               _Robin Wooten_
                              (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _March 30_ day of _March_ , 20 _22_ .
            (Day)                (month)           (year)

                              _Wooten, Robin_
                              _Robin Wooten_
                              (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 3, 2021


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CARSWELL FMC

TO  : ROBIN WOOTEN, 22094-480
      CARSWELL FMC    UNT: CAMP    QTR: C01-094L
      P.O. BOX 27066
      FORT WORTH,  TX 76127


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1089721-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : AUGUST 3, 2021
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Wooten, Robin G.                    22094-480        Camp WT        YMC
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.            UNIT            INSTITUTION

**Part A– INMATE REQUEST**

10-3-19 Diagnosis of retinal detachment of left eye. Was referred to Opthamologist but BOP failed to provide me with transportation to first 3 time sensitive App. Which resulted in permanent vision loss in left eye and right eye with much distraction. I ask that the BOP meet it's requirements and furnish me with sufficient medical care within the time needed to cure and or heal the issue at hand.

8-1-21
DATE

_____
Robin Wooten
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1089721-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.            UNIT            INSTITUTION

SUBJECT: _____

_____
DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN

PRINTED ON RECYCLED PAPER

Due to repeated covid and National lockdowns exhausting remedies were Not conceivable, along with copier difficulties not being Able to be Addressed.

Wooten, Robin #22094-480

Robin Wooten

3-30-22

Robin Wooten #22094-480                                    1 of 3
BOP Carswell FMC
P.O. Box 27137
West Trinity
Fort Worth, Tx. 76127
Case 4:22-cv-00202-O


United States District Court
Office of The Clerk
Northern District of Texas
501 West Tenth St., Room 310
Fort Worth, Tx. 76102


     In the latter part of Sept. 2018 I reported to
O.C. Reidel that I had an insect bite to my left eye lid that
resulted in swelling, redness and a slight drainage that would
lesson through out the day. On or about 9-27-18 when swelling
subsided my vision was still impaired in the inside corner of my
left eye. Within a couple of days I had a curtain of darkness
grow to about half of my vision.
     10-1-18 I reported this to sick call to Ms. Sotoyo. She
put in for me to see the Optomotrist for urgent care. I told her
that while being housed in Haskell, Tx. that they had taken me to
see an Optomotrist in Abilene, Tx. Upon examination my diagnosis was the
slight beginning of cataracts and my vision was 20/25".
     10-2-18 Ms. Price was able to get me into see the Optomotrist
at the main unit. Upon examinated Dr. Bass diagnosed me with partial
retina detachment. He told his assistant to get me into the
Opthalmologist, "like tomorrow!"
     I was then transferred to J.P.S. Emergency room
where Dr. Klein explained he couldn't do anything except set me
up an appointment with the surgeon for the following week.
     10-8-18 I question Ms. Price in medical and she
stated I would be going at any moment.
     10-21-18 In medical Chucky Okoh asked me why
didn't I go to my consultation with Opthalmology. I explained
I was never taken. He then stated he would schedule me
another appointment.

2 of 3

10-22-18 I spoke with Mrs. Wergar about my concern of not seeing Opthalmology yet. She then called main unit and was told it was being taken care of.

10-28-18 In medical Ms. Price told me I would go to Opthalmologist any day.

10-30-18 Went back to medical and Ms. Price said my appointment was for the previous day. She also told me if I wasn't taken out by noon the next day to come back.

10-31-18 Went back to medical and Ms. Price said I would be going the following week.

11-5-18 C.O. Wilkins took me to Opthalmology at J.P.S. Upon examination the doctor spent very little time on my left eye but was spending most of the time on my right eye. He then brought in 2 more doctors, one of them being Dr. Pollard. All 3 doctors collaborate and announce I need laser surgery on my right eye because it started to detach as well and left a hole in the eye ball. They needed to laser it at that time so Ms. Wilkins called to main unit for approval but was denied. Dr. Pollard then explained the importance of keeping the eye ball alive and would schedule my surgery soon as possable.

12-2-18 At J.P.S. for my surgery Dr. Pollard said she would do everything within her ability to restore my vision in my left eye but at that point it looked grim. She stated too much time has lapsed and there was a lot of scar tissue. I came out of surgery at 8:30 p.m. and was then discharged. I was then placed in general police holding waiting for B.O.P. to pick me up. Police holding is by ambulatory entrance with local police bringing in a shackled and cuffed man. I was left to recover from being under anesthesia in police holding all night. I was not picked up until 7:00am the following day. I was left there all night with out any pain meds and no food or drink and with no way to get anything.

I returned to my unit about 8:00am. I took something for the pain and extreme nausea and had been laying down for about 2 hours when I was woke up by a medical personel informing me I had to go back to J.P.S. for a check up post op. Once back in Dr. Pollards' office she stated to me that getting the B.O.P to

agree to schedule my surgery was, "a battle" She stated that the B.O.P wanted to wait for late December to schedule the surgery due to being short handed and didn't have someone to drive me. She fought to have it done at least by early December to save the eye ball itself and to repair the hole in the right eye. She also explained she did everything possible to restore my vision. The surgery took 4 hours instead of the usual 2 hours. After removing the dressing off of my left eye it was apparent my vision was not recoverable after so much time had lapsed. She stated that time was crucial to recover my vision and that there were 3 missed appointments in a row. I have my vision in my right eye but I have flashes of light in circles and it is very distracting. It is constantly interrupting my vision. I don't believe the insect bite to my eye lid was the cause for this. I was asked if I hit my head or anything out of the ordinary had happened 2 me upon my diagnosis exam by mr. Price. I stated the only thing was the insect bite about 2 weeks prior.

I hereby certify that on 3-30-22, I forwarded a copy of the foregoing document to _____,
the Attorney for the U.S.A. _____
At the Address of _____

Wooten, Robin #22094-480

Robin Wooten

3-30-22



CERTIFIED MAIL

7019 2280 0002 1318 3427

Robin Wooten #11044-480
West Trinity
FMC, Carswell Bop
P.O. Box 27137
Fort Worth, TX. 76127

RECEIVED

APR 1 8 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS